1
2
3
4
5
6
7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          No. SA CR 22-00141-CJC

11           Plaintiff,                 ORDER CONTINUING TRIAL DATE AND
                                        FINDINGS REGARDING EXCLUDABLE TIME
12           v.                         PERIODS PURSUANT TO SPEEDY TRIAL
                                        ACT
13   JOHN NICHOLAS VARVARA,
                                        **TRIAL DATE: 03-12-2024**
14           Defendant.

15

16

17       The Court has read and considered the Stipulation Regarding

18   Request for (1) Continuance of Trial Date and (2) Findings of

19   Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

20   parties in this matter on MARCH 21, 2023.  The Court hereby finds

21   that the Stipulation, which this Court incorporates by reference into

22   this Order, demonstrates facts that support a continuance of the

23   trial date in this matter, and provides good cause for a finding of

24   excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

25       The Court further finds that:  (i) the ends of justice served by

26   the continuance outweigh the best interest of the public and

27   defendant in a speedy trial; (ii) failure to grant the continuance

28   would be likely to make a continuation of the proceeding impossible,

or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from APRIL 25,2023 to **MARCH 12, 2024 at 8:30 a.m.** The pretrial conference is continued to **MARCH 4, 2024 at 9:00 a.m.**

2.   The time period of APRIL 25, 2023 to MARCH 12, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendant shall appear in Courtroom 9B of the Ronald Reagan Federal Building and U.S. Courthouse, 411 West Fourth Street, Santa Ana, California on MARCH 12, 2024 at 8:30 A.M.

4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.


March 21, 2023
DATE

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

2

Presented by:

_____/s/_____
NIKKI BURACCHIO ELKERTON
Special Assistant
United States Attorney